In re Joseph Marion HEAD, Jr., Appellant.

No. 85–6235.

United States Court of Appeals, Fourth Circuit.

Submitted May 23, 1985.

Decided Aug. 5, 1985.

Joseph Marion Head, Jr., pro se.

Richard N. League, Sp. Deputy Atty. Gen., Raleigh, N.C., for appellee.

Before RUSSELL, WIDENER and SPROUSE, Circuit Judges.

PER CURIAM:

A review of the record and the district court's opinion discloses that this appeal from that court's order denying Joseph Marion Head's several motions and dismissing his complaint is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. *In re: Joseph Marion Head, Jr.,* C/A No. A–C–85–131 (W.D.N.C., Mar. 8, 1985).

AFFIRMED.